## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re                                              :       Chapter   13

Martin J Woolbert
                                                   :

        Debtor                    :       Bankruptcy No.   16-15214-amc

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 7/28/16 , this case is hereby DISMISSED.

**Date: August 16, 2016**

_____
Judge Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:         Certificate of Credit Counseling
                Atty Disclosure Statement
                Chapter 13 Plan
                Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
                Schedules AB-J
                Statement of Financial Affairs
                Summary of Assets and Liabilities Form B106
                Means Test Calculation 122C-2

bfmisdoc elf (1/22/15)